IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRUNLEY-WALSH, LLC | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-721C |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO CORRECT DEFENDANT'S FIRST UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

On December 14, 2006, defendant filed Defendant's First Unopposed Motion for Enlargement of Time. Defendant inadvertently requested an enlargement of time to and including January 17, 2006, to file a response to the complaint. Defendant intended to request an enlargement of time to and including January 17, 2007, to file a response to the complaint. Therefore, defendant respectfully requests that the Court grant a motion for enlargement of time of thirty days, to and including January 17, 2007, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

December 14, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2006, a copy of the foregoing "DEFENDANT'S MOTION TO CORRECT DEFENDANT'S FIRST UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle