IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRUNLEY-WALSH, LLC | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-721C |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 19 day enlargement of time, to and including February 5, 2007, to file a response to the complaint. Defendant's response is currently due on January 17, 2007. This is defendant's second request for an enlargement for this purpose. Defendant has consulted with counsel for plaintiff to determine whether plaintiff opposes this motion for an enlargement. Counsel for plaintiff represented that it was necessary for him to confer with his client. Counsel for plaintiff subsequently contacted counsel for defendant, and represented that plaintiff does not oppose this request for an enlargement of time.

Defendant has sent the Department of the Interior ("Interior") a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Agency counsel has not yet been able to provide the Department of Justice with the statutorily required litigation report. The contracting officer did not issue a final decision upon the claim that was submitted by plaintiff that is the basis for this action. Defendant has met with agency counsel and conversed with the contracting officer by telephone on several occasions to discuss the allegations set forth in the complaint. However, agency counsel is

experiencing difficulties gathering information necessary for the litigation report and suggested response to the complaint.

After agency counsel has submitted the required litigation report to counsel for defendant, counsel for defendant will require additional time to study the litigation report, its supporting documentation, and the suggested response to the complaint, to consult with agency counsel and other Government attorneys, and to prepare and file the Government's response to the complaint, following mandatory supervisory review.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for enlargement of time of 19 days, to and including February 5, 2007, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

January 12, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January 2007, a copy of the foregoing "DEFENDANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle