# EXHIBIT 7

COPY

RECEIVED
JAN 17 2007
DSC
CONTRACTING SERVICES

Grunley-Walsh

5010 Nicholson Lane, Suite 200
Rockville, MD 20852

# Washington Monument Physical Security System
# Contract No. 1443CX305998901; Task Order No. 35

# Certified Claim/Request For Equitable Adjustment to Contract Amount
## Storm Drainage Revisions - $25,546

# Request For Contracting Officer's Final Decision



**Submitted: January 15, 2007**

Grunley-Walsh

5010 Nicholson Lane, Suite 200
Rockville, MD 20852

RECEIVED
JAN 1 1 2007
DSC
CONTRACTING SERVICES

January 15, 2007

United States Department of
The Interior – NPS
Denver Service Center
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287
**ATTN: John M. Fox, Contracting Officer**

**RE: Washington Monument Physical Security System**
**Contract No. 1443CX305998901; Task Order No. 35**

**Subj: Certified Claim/Request For Equitable Adjustment to Contract Amount**
**Storm Drainage Revisions - $25,546**

**Request For Contracting Officer's Final Decision**

Dear Mr. Fox:

Reference is made to our contract for the above Project as well as to Task Order No. 35. Reference is also made to our prior cost submissions for change work relating to additional storm drainage systems needed in the Southeast and Southwest areas of the Project. The unpaid additional cost to perform this change work totals **$25,546.**

Grunley-Walsh is herewith submitting these unpaid additional costs as a Certified Claim / Request For Equitable Adjustment ("REA") in accordance with the Contract Disputes Clause and the Contract Disputes Act. Attached as **EXHIBIT 1** is a complete itemization as well as supporting cost data for the additional costs requested herein. In submitting these claimed costs, we request a Contracting Officer's Final Decision on this matter within 60 days.

**Entitlement Overview**

On May 6, 1998 Grunley-Walsh was awarded an Indefinite Quantity Contract to stabilize and preserve the Washington Monument (Contract No. C3059980901). Pursuant to Contract Modification No. 0007, dated November 15, 2001, the General Provisions to our original contract were deleted and replaced with revised contract clauses which included certain FAR provisions incorporated by reference. Three of these provisions included the Changes clause (FAR 52.243-04 August 1987), the Disputes clause (FAR 52.233-01 December 1998) and the Differing Site Conditions clause (FAR 52.236-02 April 1986).

In accordance with the Contract, on December 5, 2003 Grunley-Walsh was issued Task Order No. T3059989135 (Task Order No. 35) in the amount of $13,993,216. Among other things, Task Order No. 35 required Grunley-Walsh to construct and install an above-ground security barrier system in accordance with certain specifications and drawings prepared under a previous Task Order by the Olin Partnership.[1] This included the construction of elements contained on NPS Drawing No. 807-41032. These drawings included the 90% construction documentation that existed as of November 2003. To prepare these drawings and to identify the work required in Task Order No. 35, the Olin Partnership was issued existing background drawings by the National Park Service.

As the Park Service is aware, at the time the Task Order No. 35 contract drawings were issued in November of 2003, they did not contain any civil engineering drawings. Although the contract drawings identified some locations for new storm drain inlets (primarily on the Eastern side of the Project), they did not show the associated piping for the storm drains; nor did they show all of the required storm drains that were ultimately required. It was not until the civil engineering drawings were issued on March 19, 2004, that the majority of this additional information was provided.

[1] The Olin Partnership was Grunley-Walsh's design consultant for the work required in Task Order No. 35.

As the Park Service is also aware, the Southeast area of the Project had the lowest elevation of the entire project. In this area, however, the contract drawings simply showed one existing storm drain to remain.




November 2003, Contract Drawing L5.2 Excerpt – Southeast Area

When the civil engineering drawings were finally issued, an additional storm drain line was added; running in a Southwest direction from the Monument Lodge. This storm drain line is depicted in the large red box at the top of the drawing below.




5/18/2004 Design Sketch Excerpt – Southeast Area of Project

After the issuance of the civil engineering drawings, it was determined that additional drainage was needed in the Southeast area of the project. For this reason, the civil engineer (Wiles Mensch) issued the above design sketch on May 18, 2004 (copy attached in **EXHIBIT**

2). This additional drainage system is shown in the smaller red box at the bottom of the above drawing.

The additional costs to perform this added storm drainage work in the Southeast area of the Project are included in our subcontractor's (Cherry Hill Construction) Request for Change Order ("RCO") 950.49.

With regard to the Southwest area of the Project, the storm drain inlets were not depicted on the November 2003 contract drawings. Subsequently, however, when the March 19, 2004 civil drawings were issued, they depicted a storm drain inlet in the same vicinity as an abandoned tunnel running from the Survey Lodge (located outside the contract limit line in the Southwest area of the Project) to the base of the Monument.




November 2003, Contract Drawing L5.2 Excerpt – Southwest Area




3/19/04 Site Utility Plan, Civil Drawing C-01

Due to the conflict created by the abandoned underground tunnel, Grunley-Walsh submitted an RFI to the Civil Engineer on July 24, 2004 (copy attached as **EXHIBIT 3**); suggesting that Drain Inlet D-2 be eliminated. In response, the Civil Engineer issued a revised drawing on July 26, 2004 and, instead of eliminating Drain Inlet D-2, the Engineer moved Drain Inlet D-2 to the Northeast in order avoid the conflict with the abandoned tunnel.




7/26/04 Revised Site Utility Plan, Civil Drawing C0-2

The additional costs to perform this added storm drainage work in the Southeast area of the Project are included in our subcontractor's (Cherry Hill Construction) Request for Change Order ("RCO") 950.56.

**Quantum Overview**

The additional costs sought in this claim is for work performed by our subcontractor, Cherry Hill Construction Company (submitted in RCO's 950.49 and 950.56). Cherry Hill's costs are supported by daily work tickets, that indicate the site utility work which had to be performed. The total cost to Cherry Hill for this change work amounts to $23,577.50. Mark-ups allowed to Grunley-Walsh for this change work totals an additional $1,968.84. When added to Cherry Hill's cost, the total amount claimed is $25,546.

**Certification**

In accordance with the Contract Disputes Act:

I certify that this claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amounts requested accurately reflect the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor.

Sincerely,

**GRUNLEY-WALSH, LLC.**

Bassem Soueidan
Operations Manager

Enclosures
cc: Roger C. Jones, Esquire (w/encls.)
Cherry Hill Construction (w/encls.)