IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 06-721C; 06-723C; 06-815C; 06-816C; 06-837C; & 07-85C (consolidated)

(Filed: March 22, 2007)

GRUNLEY-WALSH, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are a series of motions, filed by the government on March 8, 2007, requesting that the court stay proceedings in each of the six cases that the court recently consolidated in the Order of March 14, 2007. The government requests a stay in each of the cases until the contracting officer has rendered a final decision on certain of plaintiff's claims which also relate to the contract at issue in these cases and which remain pending before the contracting officer. In a response filed March 21, 2007, plaintiff indicates that it opposes any stay beyond May 1, 2007 and requests that the court order the parties to submit a Joint Preliminary Status Report ("JPSR") by May 15, 2007.

The government's motions to stay proceedings are DENIED. The parties shall file a JPSR in these consolidated cases on or before May 31, 2007.

It is so ORDERED.

s/ Charles. F. Lettow
Judge