IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 06-721C; 06-723C; 06-815C; 06-816C; 06-837C; 07-85C; 07-189C;
07-190C; 07-197C; 07-200C; & 07-281C (consolidated)

(Filed: May 31, 2007)

GRUNLEY-WALSH, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is a series of unopposed motions, filed by the government on May 25, 2007, requesting that the court consolidate four cases, Nos. 07-189C, 07-190C, 07-197C, and 07-200C, with No. 06-721C, the lead case for six other cases consolidated by the Order of March 14, 2007. In support of this motion, the government states that these ten cases – Nos. 07-189C, 07-190C, 07-197C, and 07-200C, as well as the six cases previously consolidated under No. 06-721C – involve the same plaintiff, Grunley-Walsh, LLC, and the same contract. The court also takes note of the fact that plaintiff recently has filed a complaint in an eleventh case, No. 07-281C, which concerns the same plaintiff and contract. In the circumstances, the court *sua sponte* will consider consolidation of No. 07-281C with the other cases.

For good cause shown, the government's motions to consolidate are GRANTED. Nos. 07-189C, 07-190C, 07-197C, and 07-200C, as well as No. 07-281C, shall be consolidated with No. 06-721C. For future filings, the parties shall use No. 06-721C as the lead case and shall refer to Nos. 06-721C; 06-723C; 06-815C; 06-816C; 06-837C; 07-85C; 07-189C; 07-190C; 07-197C; 07-200C; & 07-281C (consolidated) in the caption.

The government has filed answers in all but two of these cases. In No. 07-197C, the government has not yet filed its answer, which was due May 24, 2007. The government shall file its answer in No. 07-197C on or before June 7, 2007. It shall file its answer in No. 07-281C, as scheduled, on or before July 2, 2007. In addition, the parties shall file a single Joint Preliminary Status Report for the eleven consolidated cases on or before July 13, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge