IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 06-721C; 06-723C; 06-815C; 06-816C; 06-837C; 07-85C; 07-189C;
07-190C; 07-197C; 07-200C; & 07-281C (consolidated)
No. 07-390C
No. 07-391C

(Filed: June 19, 2007)

GRUNLEY-WALSH, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

GRUNLEY-WALSH, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

GRUNLEY-WALSH, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court requests that the parties address whether two newly filed cases, designated Nos.

07-390C and 07-391C, should be consolidated with *Grunley-Walsh, LLC v. United States*, No. 06-721C, the lead case for eleven cases consolidated by the Orders of March 14, 2007 and May 31, 2007. The court requests that briefs respecting this issue be filed by each of the parties on or before June 29, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge