**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**GRUNLEY-WALSH, LLC**
**(f/k/a Grunley-Walsh Construction JV)** * **Case Nos. 06-721C; 06-723C; 06-815C; 06-816C; 06-837C; 07-85C; 07-189C; 07-190C; 07-197C; 07-200C; & 07-281C Consolidated**

**Plaintiff,** *

**v.** *

**THE UNITED STATES OF AMERICA** *

**Defendant.** *

* * * * * * * * * * * * *

## PLAINTIFF'S BRIEF REGARDING CASE CONSOLIDATION

Plaintiff, Grunley-Walsh, LLC, formerly known as Grunley-Walsh Construction JV, ("Grunley-Walsh"), by undersigned counsel, files this Brief Regarding Case Consolidation pursuant to the Court's Order of June 19, 2007 and respectfully states as follows:

1. To date, Plaintiff has filed the following cases related to the project in dispute:

| No. | Case No. | Date Appealed | Description | Claim Amount | Answer Date | Status |
|---|---|---|---|---|---|---|
| 1 | 1:06-cv-00721-CFL | 10/21/06 | Survey Lodge Flood Damage | $183,409 | Filed | Consolidated |
| 2 | 1:06-cv-00723-CFL | 10/22/06 | Irrigation Change Work | $742,452 | Filed | Consolidated |
| 3 | 1:06-cv-00815-CFL | 12/01/06 | Monument Lodge PEPCO Line Relocation | $38,428 | Filed | Consolidated |
| 4 | 1:06-cv-00816-CFL | 12/01/06 | Monument Lodge Site Improvements | $60,708 | Filed | Consolidated |
| 5 | 1:06-cv-00837-CFL | 12/11/06 | Undercut Unsuitable Soils & Backfill | $56,919 | Filed | Consolidated |
| 6 | 1:07-cv-00085-CFL | 02/05/07 | Site Utility Adjustments | $134,179 | Filed | Consolidated |
| 7 | 1:07-cv-00189-CFL | 03/21/07 | Constitution Avenue Tie-In | $12,244 | Filed | Consolidated |
| 8 | 1:07-cv-00190-CFL | 03/21/07 | Storm Drainage Revisions | $25,546 | Filed | Consolidated |
| 9 | 1:07-cv-00197-CFL | 03/23/07 | Unpaid Differing Site Conditions | $21,379 | Filed | Consolidated |
| 10 | 1:07-cv-00200-CFL | 03/26/07 | Not In Contract Change Work | $25,702 | Filed | Consolidated |
| 11 | 1:07-cv-00281-CFL | 05/03/07 | Additional A/E Services | $525,301 | 07/02/07 | Consolidated |
| 12 | 1:07-cv-00390-CFL | 06/18/07 | Topsoil Change Work | $259,863 | 08/17/07 | |
| 13 | 1:07-cv-00391-CFL | 06/18/07 | Mod 10 Unilateral Deductions | $210,000 | 08/17/07 | |
| | | | **Total** | **$2,296,131** | | |

2. Plaintiff does not presently foresee filing any further cases relating to the project.

3. Case Nos. 1:07-cv-00390-CFL and 1:07-cv-00391 arise out of the same contract as the previously consolidated cases and, therefore, should be consolidated with the aforesaid cases.

4. By Orders dated March 14, 2007 and May 31, 2007, this Court consolidated Case Nos. 1:06-cv-00721-CFL, 1:06-cv-00723-CFL, 1:04-cv-00815-CFL, 1:06-cv-00816-CFL, 1:06-cv-00837-CFL, 1:07-cv-00085-CFL, 1:07-cv-00189-CFL, 1:07-cv-00190-CFL, 1:07-cv-00197-CFL, 1:07-cv-00200-CFL and 1:07-cv-00281-CFL and directed that all future filings designate Case No. 1:06-cv-00721-CFL as the lead case.

5. For the purposes of judicial economy and efficiency Case Nos. 1:07-cv-390-CFL and 1:07-cv-00391 should be consolidated with Case No. 1:06-cv-00721-CFL. All 13 cases involve the same parties, the same contract and the same task order issues pursuant to the contract.

6. A fair resolution of the issues raised in the complaints will be difficult if the cases proceed separately as these cases relate to requests for equitable adjustments pursuant to the same contract.

7. As such, once the two newly filed cases are consolidated, the consolidated cases may proceed in an efficient manner.

8. Defendants agree that Case Nos. 1:07-cv-00390-CFL and 1:07-cv-00391-CFL should be consolidated and made a part of Case No. 1:06-cv-00721-CFL.

9. The Joint Preliminary Status Report ("JPSR") is now due in the consolidated cases on July 13, 2007. Plaintiff is prepared to file the JPSR in those cases by said date.

Plaintiff is also prepared to file a JPSR Supplement for the new filed cases once an Answer is filed.

Respectfully submitted,

/s/ Roger C. Jones
Roger C. Jones

**HUDDLES, JONES**
**SORTEBERG & DACHILLE, P.C.**
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(301) 621-4120
(301) 621-4473 (fax)
jones@hjpc.com
Counsel for Plaintiff,
Grunley-Walsh, LLC

DATED: June 29, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2007, a copy of the foregoing Plaintiff's Brief Regarding Case Consolidation was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

Tara Kilfoyle, Esquire
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

/s/ Roger C. Jones
Roger C. Jones