IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 06-721C; 06-723C; 06-815C; 06-816C; 06-837C; 07-85C; 07-189C;
07-190C; 07-197C; 07-200C; 07-281C; 07-390C; & 07-391C (consolidated)

(Filed: August 16, 2007)

GRUNLEY-WALSH, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

In a joint preliminary status report filed July 13, 2007, the parties addressed, among other things, discovery in these consolidated cases, and they proposed a plan for discovery.

For good cause shown, the court adopts the parties' proposed discovery plan, with minor modifications, as follows:

| Event | Date |
|---|---|
| Disclosure of Expert Reports | April 21, 2008 |
| Conclusion of Discovery | July 8, 2008 |
| Submission of a Joint Status Report | August 1, 2008 |

It is so ORDERED.

s/ Charles F. Lettow
Judge