IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **GRUNLEY-WALSH, LLC** (f/k/a Grunley-Walsh Construction JV | ) | **Judge: Charles F. Lettow** |
| **Plaintiff,** | ) | **Case Nos. 06-721C, 06-723C, 06-815C, 06-816C, 06-837C 07-85C, 07-189C, 07-190C, 07-197C, 07-200C, 07-281, 07-390C, 07-391C (Consolidated)** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant.** | ) | |

**NOTICE OF SERVICE OF DISCOVERY**

**I HEREBY CERTIFY** that on this 10th day of October, 2007, a copy of the following discovery was served electronically and was sent via Federal Express, to Tara Kilfoyle, Trial Attorney, Commercial Litigation Branch, Civil Division, 110 L Street, N.W., ATTN: Classification Unit, 8th Floor, Washington, D.C. 20530:

1. Grunley-Walsh, LLC's First Set of Interrogatories to Defendant;
2. Grunley-Walsh, LLC's Second Set of Interrogatories to Defendant; and
3. Grunley-Walsh's First Set of Requests for the Production of Documents.

Respectfully submitted,

Roger C. Jones

**HUDDLES, JONES**
**SORTEBERG & DACHILLE, P.C.**
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(301) 621-4120
(301) 621-4473 (fax)
jones@hjpc.com

Counsel for Plaintiff,
Grunley-Walsh, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of October, 2007, a copy of the foregoing Notice of Service of Discovery was served electronically and was sent via Federal Express, to:

Tara Kilfoyle, Trial Attorney
Commercial Litigation Branch
Civil Division, 110 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530

Roger C. Jones