IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 06-721C; 06-723C; 06-815C; 06-816C; 06-837C; 07-85C; 07-189C; 07-190C; 07-197C; 07-200C; 07-281C; 07-390C; & 07-391C (consolidated)

(Filed: October 16, 2007)

GRUNLEY-WALSH, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

In accord with a request of the parties, a status conference shall be held on October 18, 2007, commencing at 10:00 a.m. at the National Courts Building. The particular courtroom to be used for the hearing will be listed in the lobby of the courthouse on the day of the hearing.

It is so ORDERED.

s/ Charles F. Lettow
Judge