**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GRUNLEY-WALSH, LLC**<br>**(f/k/a Grunley-Walsh Construction JV**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant.** | ) | **Judge: Charles F. Lettow**<br><br>**Case Nos. 06-721C, 06-723C, 06-815C, 06-816C, 06-837C 07-85C, 07-189C, 07-190C, 07-197C, 07-200C, 07-281, 07-390C, 07-391C (Consolidated)** |

**NOTICE OF SERVICE OF DISCOVERY**

**I HEREBY CERTIFY** that on this 25th day of October, 2007, a copy of Grunley-Walsh, LLC's Revised Second Set of Interrogatories to Defendant was served electronically and was sent via Federal Express, to Tara Kilfoyle, Trial Attorney, Commercial Litigation Branch, Civil Division, 110 L Street, N.W., ATTN: Classification Unit, 8th Floor, Washington, D.C. 20530.

Respectfully submitted,

Roger C. Jones

**HUDDLES, JONES SORTEBERG & DACHILLE, P.C.**
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(301) 621-4120
(301) 621-4473 (fax)
jones@hjpc.com

Counsel for Plaintiff,
Grunley-Walsh, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of October, 2007, a copy of the foregoing Notice of Service of Discovery was served electronically and was sent via Federal Express, to:

Tara Kilfoyle, Trial Attorney
Commercial Litigation Branch
Civil Division, 110 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530

Roger C. Jones