# In the United States Court of Federal Claims

**NOTICE**

**GRUNLEY-WALSH, LLC**

**No. 06-721C**

**V.**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C., November 5, 2007**

To Attorney of Record, Assistant Attorney General, and Judge Charles F. Lettow,

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Transcript of Proceedings (one volume) taken at Washington, DC on October 18, 2007.

Brian Bishop
Brian Bishop, Clerk