IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRUNLEY-WALSH, LLC | ) | |
| | ) | |
| | ) | No. 06-721C, 06-723C, 06-815C, |
| Plaintiff, | ) | 06-816C, 06-837C, 07-085C, |
| | ) | 07-189C, 07-190C, 07-197C |
| v. | ) | 07-200C, 07-281C |
| | ) | (consolidated) |
| | ) | |
| THE UNITED STATES, | ) | (Judge Lettow) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF FIRST DISCOVERY ORDER

Defendant, the United States, respectfully requests that the Court enter the attached proposed "First Discovery Order." Counsel for the plaintiff, Grunley Walsh, LLC ("Grunley-Walsh"), has authorized us to state that Grunley-Walsh does not oppose this motion.

Counsel for both parties intend to work cooperatively to facilitate the exchange of a large volume of documents. The purpose of the proposed order is to expedite these efforts by providing a mechanism for persons to recover privileged documents disclosed by mistake.

Our motion is in the interests of justice and judicial economy. We respectfully request that our unopposed motion for entry of the first discovery order be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL:
Alton Woods
Assistant Solicitor
Emily Parkhurst
Attorney Advisor
Department of the Interior
General Law Division
1849 C Street NW
Room 7322
Washington, DC 20240

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

November 7, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this7th day of November, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF FIRST DISCOVERY ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle