IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRUNLEY-WALSH, LLC<br>(f/k/a Grunley-Walsh Construction JV)<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | ) | Case Nos. 06-721C,<br>06-723C, 06-815C, 06-816C,<br>06-837C, 07-85C, 07-189C,<br>07-190C, 07-197C, 07-200C<br>(Consolidated)<br>Judge: Charles F. Lettow |

DEFENDANT'S UNOPPOSED MOTION FOR A STAY

Pursuant to RCFC 1, defendant respectfully requests that the Court stay proceedings in these consolidated cases. Counsel for defendant has consulted with counsel for plaintiff, and counsel for plaintiff has represented that plaintiff does not oppose this motion.

On February 26 and February 27, 2008, counsel for defendant, counsel for plaintiff, and representatives of both Grunley-Walsh and the National Park Service met and engaged in settlement negotiations. Subsequently, counsel for plaintiff submitted a written settlement offer to counsel for defendant. Counsel for defendant is seeking authority from the authorized representative of the Attorney General to accept the settlement offer submitted by plaintiff.

Accordingly, defendant respectfully requests that the Court stay proceedings in these consolidated cases for a period of 60 days, through and including May 24, 2008, to permit counsel for defendant to seek authority from the authorized representative of the Attorney General to accept the settlement offer submitted by plaintiff. The parties respectfully propose that they submit a joint status report to the Court on or before May

24, 2008, advising the Court of the status of the proposed settlement, if a joint stipulation of dismissal has not been filed by that time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
Assistant Director

s/ Tara Kilfoyle
Tara Kilfoyle
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant

March 25, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR A STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle