IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 06-721C; 06-723C; 06-815C; 06-816C; 06-837C; 07-85C; 07-189C; 07-190C; 07-197C; 07-200C; 07-281C; 07-390C; & 07-391C (consolidated)

(Filed: March 25, 2008)

GRUNLEY-WALSH, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for a Stay, filed March 25, 2008. Defendant requests that the court stay all proceedings in the case, pending approval by the requisite governmental authorities of a settlement offer.

The Motion to Stay is GRANTED. The parties shall file a joint status report on or before May 23, 2008, and every 60 days thereafter while a stay is pending, addressing the status of settlement.

It is so ORDERED.

s/ Charles F. Lettow
Judge