IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRUNLEY-WALSH, LLC | ) | |
| | ) | |
| | ) | No. 06-721C, 06-723C, 06-815C, |
| Plaintiff, | ) | 06-816C, 06-837C, 07-085C, |
| | ) | 07-189C, 07-190C, 07-197C |
| v. | ) | 07-200C, 07-281C, 07-390C, |
| | ) | 07-391C |
| | ) | (consolidated) |
| THE UNITED STATES, | ) | |
| | ) | (Judge Lettow) |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order of March 25, 2008, the parties respectfully submit this Joint Status Report. The settlement offer submitted by plaintiff has been accepted by the authorized representative of the Attorney General, and the parties have entered into a settlement agreement. The parties shall file a joint stipulation of dismissal of these consolidated cases with prejudice after payment has been made pursuant to the terms of the settlement agreement.

Accordingly, the parties request that the Court continue the stay of proceedings in these consolidated cases for an additional 60 days, through and including July 22, 2008. The parties propose that they submit a joint status report to the Court on July 22, 2008, if a joint stipulation of dismissal with prejudice has not been filed by that time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVISON
Director

s/ Roger C. Jones
ROGER C. JONES
Huddles, Jones, Sortenberg & Dachille, P.C.
10211 Wincopin Circle
Suite 200
Columbia, M.D. 21044
TEL: (301) 621-4120
FAX: (301) 621-4473

Counsel for Plaintiff

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara J. Kilfoyle
TARA J. KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
TEL: (202) 305-1709
FAX: (202) 307-0972

Counsel for Defendant

May 23, 2008

CERTIFICATE OF FILING

I hereby certify that on May 23, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle