IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 06-721C; 06-723C; 06-815C; 06-816C; 06-837C; 07-85C; 07-189C; 07-190C; 07-197C; 07-200C; 07-281C; 07-390C; & 07-391C (consolidated)

(Filed: March 25, 2008)

GRUNLEY-WALSH, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges the joint status report submitted by the parities on May 23, 2008. The parties report that they have entered into a settlement agreement and shall file a joint dismissal of these consolidated cases with prejudice after payment has been made pursuant to the agreement terms.

The parties propose to submit a joint status report on July 22, 2008, if they have not filed a joint stipulation of dismissal with prejudice by that date.

Accordingly, if the parties have not submitted a joint stipulation of dismissal with prejudice by July 22, 2008, they shall file a joint status report by that date.

It is so ORDERED.

s/ Charles F. Lettow
Judge