IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRUNLEY-WALSH, LLC | ) | |
| | ) | |
| | ) | No. 06-721C, 06-723C, 06-815C, |
| Plaintiff, | ) | 06-816C, 06-837C, 07-085C, |
| | ) | 07-189C, 07-190C, 07-197C |
| v. | ) | 07-200C, 07-281C, 07-390C, |
| | ) | 07-391C |
| | ) | (consolidated) |
| THE UNITED STATES, | ) | |
| | ) | (Judge Lettow) |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the rules of this Court, it is hereby stipulated and agreed by the parties that the above-captioned actions shall be, and hereby are, dismissed, with prejudice and without costs or fees to either party.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVISON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Roger C. Jones
ROGER C. JONES
Huddles, Jones, Sortenberg & Dachille, P.C.
10211 Wincopin Circle
Suite 200
Columbia, M.D. 21044
TEL: (301) 621-4120
FAX: (301) 621-4473

Counsel for Plaintiff

s/ Tara J. Kilfoyle
TARA J. KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
TEL: (202) 305-1709
FAX: (202) 307-0972

Counsel for Defendant

June 17, 2008

CERTIFICATE OF FILING

I hereby certify that on June 17, 2008, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle